Thomas E. Wing, as Substituted Trustee, etc., Respondent, v. G. Franklin Stringer, Appellant.— Judgment affirmed, with costs. No opinion.

Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.; Hotchkiss, J., dissented.

Kraus-Baum Company, Respondent, v. Moses Housman, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.